1  Matthew Mellen (Bar No. 233350)
   MELLEN LAW FIRM
2  411 Borel Avenue, Suite 230
   San Mateo, CA 94402
3  Telephone:   (650) 638-0120
   Facsimile:   (650) 638-01251
4
   Attorney for Plaintiffs,
5  DIANE ANANIAN
   DAVID ANANIAN
6

7                    **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9  | | |
   |---|---|
   | DIANE ANANIAN, an individual, and DAVID ANANIAN, an individual | Case No: 3:16-cv-01535-MEJ |
   | Plaintiffs, | *[Honorable Maria-Elena James]* |
   | vs. | AMENDED ~~PROPOSED~~ **ORDER ON PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
   | BSABADELL UNITED BANK, N.A. dba VirtualBank, a business entity; and Does 1 through 100, inclusive, | |
   | Defendants. | **Case Management Conference Hearing** <br> Date:   June 30, 2016 <br> Time:   10:00 a.m. <br> Ctrm:   B– 15th Floor <br> Judge: Hon. Maria-Elena James <br><br> Compl. Filed:  January 22, 2016 |

---

1
PROPOSED ORDER

The Court, having read and considered Plaintiffs' counsel's request for telephonic appearance at the Case Management Conference currently scheduled before this Court for June 30, 2016 at 10:00 a.m., and good cause appearing, finds:

Plaintiff's Request for a Telephonic Appearance is GRANTED.

ACCORDINGLY, IT IS ORDERED:

1. Plaintiff's counsel may appear by telephone at the Case Management Conference, and

2. ~~Counsel to arrange telephonic appearance with Court Call.~~

```
Judge James does not use CourtCall. The Court will call counsel the day of the
hearing. Counsel shall provide the Courtroom Deputy, Rose Maher, (415-522-4708)
with a direct dial phone number to reach counsel. Counsel shall provide the
phone number 24 hours prior to the hearing.
```

Dated: June 23, 2016

_____
Hon. Maria-Elena James
U.S. District Court Magistrate Judge

2
PROPOSED ORDER