UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ANANIAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SABADELL UNITED BANK, N.A.,<br><br>    Defendant. | Case No. 16-cv-01535-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDERING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT** |

On May 11, 2016, the Court ordered the parties to file a Joint Case Management Statement by June 23, 2016. Dkt. No. 9. As of the date of this Order, only Plaintiffs Diane and David Ananian ("Plaintiffs") have filed a Case Management Statement, noting that Defendant Sabadell United Bank, N.A. ("Defendant") has "wholly failed to participate in this action" since it removed the case from the Superior Court of Contra Costa County. Dkt. No. 13 at 6; *see also* Dkt. No. 1 (Not. of Removal). Additionally, it appears Defendant also failed to comply with this Court's April 5, 2016 Order referring the parties to the Alternative Dispute Resolution (ADR) Unit for Assessment, among other things. Dkt. No. 5 (Order); Dkt. No. 10 (ADR Clerk's Notice of Non-Compliance with Court Order). Although one of Defendant's attorneys, Keenan Edward McClenahan, is not signed-up to receive electronic filings in this case, another one of Defendant's attorneys, Keefe E. Roberts, is signed-up to receive electronic filings. *See, e.g.*, Dkt. No. 7. Mr. Roberts signed Defendant's Notice of Removal. Not. at 4.

Given the foregoing circumstances, the Court hereby **CONTINUES** the Case Management Conference currently scheduled for June 30, 2016 **to July 14, 2016 at 10:00 a.m.** in Courtroom B. No later than seven calendar days before the Case Management Conference, the parties are **ORDERED** to file a Joint Case Management Statement containing the information in the

1  Standing Order for All Judges in the Northern District of California, available at:

2  http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained

3  at: http://cand.uscourts.gov/civilforms.  If the statement is e-filed, no chambers copy is required.

4      Defendant and its counsel are further **ADMONISHED** that failure to file a Joint Case

5  Management Statement may result in sanctions or other penalties.

6      **IT IS SO ORDERED.**

8  Dated: June 24, 2016

    _____
MARIA-ELENA JAMES
United States Magistrate Judge