1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   DIANE ANANIAN, et al.,                    Case No. 16-cv-01535-MEJ

                    Plaintiffs,
8                                             **ORDER REQUIRING DEFENDANT'S
                                              COUNSEL TO APPEAR IN PERSON AT
        v.                                    JULY 14, 2016 CASE MANAGEMENT
9                                             CONFERENCE**
    SABADELL UNITED BANK, N.A.,
10
                    Defendant.
11

12          On June 24, 2016, the Court entered an order summarizing the lack of participation in this

13  action by defense counsel.  *See* Dkt. No. 17.  The order also summarized the failure by defense

14  counsel to comply with prior orders of the Court.  *See id*.  The Court continued the Case

15  Management Conference until July 14, 2016 and ordered the parties to file a Joint Case

16  Management Statement no later than July 7, 2016.  *Id*.  The order stated as follows: "Defendant

17  and its counsel are further **ADMONISHED** that a failure to file a Joint Case Management

18  Statement may result in sanctions or other penalties."  *Id*. at 2 (emphasis in original).

19          As of the date of this order, Defendant has not participated in the filing of a Joint Case

20  Management Statement.  Instead, Plaintiff once again filed a Separate Statement.  Dkt. No. 20.

21  Plaintiff's counsel details her efforts to engage Defendant's counsel in drafting a Joint Statement,

22  and Defendant's counsel's failure to abide by his commitments to do so.  *Id*. at 11.

23          Accordingly, **KEENAN EDWARD MCCLENAHAN** and **KEEFE E. ROBERTS** are

24  **ORDERED TO APPEAR IN PERSON** at the July 14, 2016 Case Management Conference.  No

25  later than July 13, 2016, McClenahan and Roberts each shall file a declaration explaining the

26  reasons for their non-compliance with each of the Court's prior orders, and their response to the

27  contents of the Separate Statement filed by Plaintiff's counsel on July 7, 2014.  In addition, prior

28

United States District Court
Northern District of California

1  to the July 14, 2016 Case Management Conference, McClenahan shall register as an ECF user in

2  compliance with Local Rule 5-1(c)(1).

3       **ANY FURTHER NON-COMPLIANCE WILL LEAD TO THE ISSUANCE OF AN**

4  **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON**

5  **DEFENDANT AND/OR ITS COUNSEL PURSUANT TO FED. R. CIV. P. 16(f)(1).**

6       Counsel for Defendant shall serve this order upon their client in advance of the July 14,

7  2016 Case Management Conference.

8

9       **IT IS SO ORDERED.**

10

11  Dated: July 8, 2016

12  _____

13  MARIA-ELENA JAMES
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2