Edward T. Weber, #194963
Keenan E. McClenahan, #151336
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Facsimile: 714-459-7853
ed@eweberlegal.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE ANANIAN, an individual, and DAVID ANANIAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SABADELL UNITED BANK, N.A. dba VIRTUALBANK, a business entity; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 16-cv-01535-MEJ <br><br> [~~PROPOSED~~] **ORDER ON MOTION OF KEENAN E. McCLENAHAN TO BE DELETED FROM THE COURT'S RECORDS AS COUNSEL FOR DEFENDANT SABADELL UNITED BANK, N.A.** <br><br> Judge:  Hon. Maria Elena James <br><br> Comp. Filed: January 22, 2016 |

The Court, having read and considered the Motion of Keenan E. McClenahan to be Deleted From the Court's Records as Counsel for Defendant SABADELL UNITED BANK, N.A. dba VIRTUALBANK, and good cause having been shown,

---

1

IT IS HEREBY ORDERED THAT:

1. Keenan E. McClenahan shall be deleted from the Court's records as being counsel Defendant SABADELL UNITED BANK, N.A. dba VIRTUALBANK;

2. Keenan E. McClenahan shall be deleted from the Court's records as an "Interested Party" in the case of Plaintiffs DIANE ANANIAN and DIANE ANANIAN v. Defendant SABADELL UNITED BANK, N.A. dba VIRTUALBANK; and

3. Edward Thomas Weber of the Law Office of Edward T. Weber shall be deleted from the Court's records as counsel for "Interested Party" Keenan E. McClenahan in the case of Plaintiffs DIANE ANANIAN and DIANE ANANIAN v. Defendant SABADELL UNITED BANK, N.A. dba VIRTUALBANK.

Dated: July 10, 2016

_____
Honorable Maria –Elena James
U.S. District Court Magistrate Judge