UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ANANIAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SABADELL UNITED BANK, N.A.,<br><br>    Defendant. | Case No. 16-cv-01535-MEJ<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE; REQUIRING DEFENDANT'S COUNSEL TO MEET AND CONFER AND FILE JOINT CMC STATEMENT**<br><br>Re: Dkt. No. 30 |

The Court ordered counsel for Defendant, Keefe Roberts, to show cause why sanctions should not issue against him in this matter. Dkt. No. 30. The Court has reviewed the declaration filed by counsel for Defendant (Dkt. No. 36) and now **VACATES** the August 11, 2016 order to show cause hearing.

No later than August 22, 2016, counsel for Defendant shall travel to San Mateo, California, in order to conduct an in-person meet-and-confer session with counsel for Plaintiffs. The parties shall address all topics required to be addressed by Federal Rule of Civil Procedure 26(f), as well as alternative dispute resolution options. No later than August 29, 2016, the parties shall file a joint Initial Case Management Statement in accordance with the undersigned's standing order.

By issuing this Order, the Court intends to hit a "reset" button and allow the parties to move forward and litigate the merits of the case. The Court, however, reserves the right to sanction counsel for Defendant if he misses another deadline, ignores another court order, or fails to meaningfully participate in this action. His attention to and compliance with the Court's orders

//
//
//
//
//

is necessary for the just and efficient determination of this action and his failure to do so wastes valuable time and resources.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge